## United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 67 | **DATE** | 8/31/2011 |
| **CASE TITLE** | Lorenzo Balli v. Rick Raemisch et al | | |

**DOCKET ENTRY TEXT:**

Pursuant to request of the court and with agreement of parties, telephonic conference set for September 1, 2011 at 11:00 a.m. Defendant's counsel to initiate call at 815-987-4480 ext 2.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|